1 | Name: CHICUACE CHICUACE
2 | Address: 2119 n. Eckhart ave.
3 | South San Gabriel
4 | Phone: (626)571-7506
5 | Plaintiff In Pro Per

FILED
CLERK, U.S. DISTRICT COURT
APR 23 2019
CENTRAL DISTRICT OF CALIFORNIA
BY ____ DEPUTY

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

LACV19 03195-CBM-Ex

| CHICUACE CHICUACE | Case No.: _____ (To be supplied by the Clerk) |
| PLAINTIFF, | COMPLAINT FOR: |
| vs. | |
| D.M.V. | |
| | Jury Trial Demanded |
| DEFENDANT(S). | |

**I. JURISDICTION**

1. This Court has jurisdiction under 28 U.S.C § 1391

## II. VENUE

2. Venue is proper pursuant to  28 U.S.C. § 1391

## III. PARTIES

3. Plaintiff's name is  CHICUACE CHICUACE . Plaintiff resides at: 

4. Defendant  DEPARTMENT OF MOTOR VEHICLES

5. Defendant

1  ____. Defendant _____
2  *Insert ¶ #*
3  _____
4  _____
5  _____
6  _____
7
8  ____. Defendant _____
9  *Insert ¶ #*
10 _____
11 _____
12 _____
13 _____
14
15 ____. Defendant _____
16 *Insert ¶ #*
17 _____
18 _____
19 _____
20 _____
21
22 ____. Defendant _____
23 *Insert ¶ #*
24 _____
25 _____
26 _____
27 _____
28

Pro Se Clinic Form                              Page Number

## IV. STATEMENT OF FACTS

2013 - I LEGALLY CHANGED MY NAME. THE COURT IN LOS ANGELES CALIFORNIA FOUND A FALSE WARRENT UNDER MY LETTER AND NUMBERS FROM MY LICENCE. THE ALHAMBRA COURT, ALHAMBRA CALIFORNIA MADE THE ERROR. I FIXED THAT FOR FREE. SAME YEAR I BOUGHT A USED TOYOTA YARIS. WENT INTO THE D.M.V., SHOWED THEM ALL OF THE DOCUMENTS OF MY NAME CHANGE AND PURCHASED A LICENCE.

2014 - I WENT INTO THE DMV A FEW DAYS BEFORE THE YEAR WAS UP TO FIND OUT WHY I HAD NOT RECEIVED THE REGISTRATION FOR MY CAR. THEY SAID THAT THERE WAS NO RECORD OF MY CAR BEING REGISTERED. I WENT BACK TO THE DEALERSHIP WHERE I PURCHASED THE CAR, AND A DIFFERENT OWNER WAS THERE. HE SAID THAT HE WAS NOT AFFILIATED WITH THE PREVIOUS OWNER AND OTHER PEOPLE HAD COME TO HIM ABOUT THIS SAME PROBLEM.

I WENT BACK TO THE DMV AND THE EMPLOYEE SAID THAT THAT HAD NEVER HAPPENED WHERE A CAR DEALERSHIP WOULD TAKE PEOPLES MONEY AND NOT REGISTAR THE VEHICLES, LIE. LATER ON IN THAT CONVERSATION, SHE SAID THAT AT LEAST I HAD SOME PAPERS WHERE OTHER CUSTOMERS HAD NOTHING. I FILLED OUT A D.M.V. INVESTIGATION FORM AND MAILED IT IN, NO RESPONCE.

2015 - I WENT INTO THE DMV DAYS BEFORE THE REGISTRATION WAS DUE, STILL NO RECORD. I FILLED OUT ANOTHER FORM AND MAILED IT IN, NO RESPONCE.

2016 - SAME, NO RESPONCE.

2017 - SAME. I DID GET A RESPONCE BUT WAS UNABLE TO RESPOND DUE LACK OF REGULAR PHONE SERVICE AND BEING A FULL TIME STUDENT.

2018 - SAME - THIS TIME I WENT INTO THE INVESTIGATION OFFICE WHICH IS NOT EASY TO FIND BECAUSE IT IS NOT ON ROSEMEAD BOULEVARD, IT IS ON WHITMORE. THE EMPLOYEE ASKED ME IF I STILL HAD THE CAR, WHY WOULD I GO IN THERE IF I DID NOT HAVE IT. HE SAID THAT HE WAS NOT GOING TO HELP ME REGISTAR MY CAR. HE - MATA - ASKED TO SEE MY LICENCE WHICH I GAVE TO HIM. HE WALKED TO THE BACK, RETURNED, AND SAID THERE IS A PROBLEM WITH MY LICENCE WHICH I KNEW THERE WAS NOT BECAUSE I WOULD HAVE BEEN TOLD BY THE REGULAR D.M.V. EMPLOYEE WHEN I WAS THERE PREVIOUSLY.

2019 - I WENT INTO THE DMV TO RENEW MY LICENCE AND PAY FOR MY CARS REGISTRATION. THE EMPLOYEE (WINDOW 16, 4-4-19) SAID THAT HE HAD TO CALL THE MAIN OFFICE AND THAT THEY CLOSED AT 5:30 PM (LIE). I WENT BACK THE NEXT DAY, AND THE SAME EMPLOYEE TOOK TOO LONG WITH ANOTHER CUSTOMER SO I WENT BACK ON MONDAY. I TOLD THE SUPERVISOR THAT SHE SHOULD HAVE CALLED THE MAIN OFFICE BEFORE I GOT THERE. SHE SAID THAT I NEEDED TO BRING IN MY BIRTH CERTIFICATE ON TUESDAY. I DID, AND SHE SAID THAT I NEED TO GO BACK TO THE INVESTIGATIONS OFFICE. THA IS WHEN MR. I REALISED THAT MR. MATA UNLAWFULLY SUSPENED MY CLEAN DRIVERS LICENCE.

## V. CAUSES OF ACTION

### FIRST CAUSE OF ACTION

( FAILURE TO FOLLOW PROCEDURE & UNLAWFULLY SUSPENDING MY LICENCE )
*insert title of cause of action*

(As against Defendant(s): D.M.V.

Insert ¶ #

Insert ¶ #

Insert ¶ #

## SECOND CAUSE OF ACTION

( _____ )
*insert title of cause of action*

**(As against Defendant(s):** _____
_____ )

*Insert ¶ #*

*Insert ¶ #*

*Insert ¶ #*

Pro Se Clinic Form                    *Page Number*

# THIRD CAUSE OF ACTION

( _____ )
*insert title of cause of action*

(As against Defendant(s): _____
_____ )

___Insert ¶ #___

___Insert ¶ #___

___Insert ¶ #___

## FOURTH CAUSE OF ACTION

( _____ )
*insert title of cause of action*

(As against Defendant(s): _____
_____ )

_Insert ¶ #_

_Insert ¶ #_

_Insert ¶ #_

Pro Se Clinic Form                                   *Page Number*

## VI. REQUEST FOR RELIEF

WHEREFORE, the Plaintiff requests:

___. TO HAVE A JURY TRIAL

___. TO SETTLE OUT OF COURT FOR 15 BILLION PROVIDED IT TAKES PLACE AS SOON AS POSIBLE.

Pro Se Clinic Form                                Page Number

## VII. DEMAND FOR JURY TRIAL

Plaintiff hereby requests a jury trial on all issues raised in this complaint.

Dated: 4-23-2019

Sign: _(signature)_
Print Name: CHICUACE CHICUACE

Plaintiff in pro per

Pro Se Clinic Form                    Page Number